## BRINKLEY *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 116, September Term, 1964.]

*Decided March 11, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set forth in the opinion of Judge Rasin in the court below. In addition, see Code (1964 Cum. Supp.), Art. 27, Sec. 645A; *Swartz v. State*, 237 Md. 263, 265, 205 A. 2d 803 (1965); *Brinkley v. State*, 224 Md. 391, 168 A. 2d 191 (1961), *cert. den.*, 368 U. S. 853, 82 S. Ct. 88, 7 L. Ed. 2d 50 (1961); *Bauerlien v. Warden*, 236 Md.

346, 203 A. 2d 880 (1964) ; *Griffin v. Illinois,* 351 U. S. 12, 20, 76 S. Ct. 585, 100 L. Ed. 891 (1956) ; *Draper v. Washington,* 372 U. S. 487, 495, 83 S. Ct. 774, 9 L. Ed. 2d 899, 907 (1963) and *Norvell v. Illinois,* 373 U. S. 420, 424, 83 S. Ct. 1366, 10 L. Ed. 2d 456 (1963).

*Application denied.*